PROB12A1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Ramel ANDREWS |
| **Docket Number:** | 2:05CR00185-01 |
| **Offender Address:** | Stockton, California |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 01/10/2005 |
| **Original Offense:** | 18 USC 473 - Dealing in Counterfeit Obligations (CLASS C FELONY) |
| **Original Sentence:** | 3 years probation; $3,000 fine; $100 special assessment |
| **Special Conditions:** | Financial disclosure; Credit/debt restrictions; Substance abuse treatment and co-payment; Warrantless search and seizure; Not possess false identification |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 01/10/2005 |
| **Assistant U.S. Attorney:** | To be determined    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | To be determined    **Telephone:** (916) 498-5700 |

**Other Court Action:**

**05/19/2005:**  Jurisdiction transferred from the Northern District of California to the Eastern District of California

Rev. 04/2005
PROB12A1.MRG

**RE:  Ramel ANDREWS**
   **Docket Number:   2:05CR00185-01**
   **REPORT OF OFFENDER NON-COMPLIANCE**

---

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.     ILLICIT DRUG USE -  Marijuana - 01/10/2005 and 01/28/2005**

**Details of alleged non-compliance:**  On January 10, 2005, after sentencing in the Northern District of California, the probationer submitted a positive urine sample for marijuana. He admitted to using marijuana on December 31, 2004.  On January 28, 2005, the probationer appeared at the probation office in the Eastern District of California to set up his supervision, and on that date he submitted another positive urine sample for marijuana.  He denied using drugs after December 31, 2004.  Since marijuana remains in a person's system for up to one month, his contention could be true.

**United States Probation Officer Plan/Justification:** The probationer was referred to our district's urine testing and counseling programs on January 28, 2005.  He was advised if additional drug use was detected, his case would be returned to court for formal violation proceedings.  He was randomly tested six times per month between February and April 2005, and each test returned negative.  He failed to appear for a scheduled urine testing appointment on April 9, 2005, although he attempted to contact the probation officer prior to the no-show to be excused and to schedule a make-up test.  The probationer attended substance abuse counseling every other week between February and April 2005, and his performance and participation was good.  Counseling was terminated on May 4, 2005, and he continues to submit random urine tests.

The probationer recently obtained a good job working in an automobile production plant, and he has been in compliance with his other supervision conditions.

**RE:    Ramel ANDREWS**
**Docket Number:   2:05CR00185-01**
**REPORT OF OFFENDER NON-COMPLIANCE**

Based on the above, it is respectfully recommended the Court take no formal action in the case at this time.  The probationer will be monitored closely, and as noted above, detected drug use will result in his case being returned to court for formal violation proceedings.

Respectfully submitted,

/s/ Richard W. Elkins

**RICHARD W. ELKINS**
**United States Probation Officer**
Telephone:  (916) 683-3324

**DATED:**    May 26, 2005
Elk Grove, California
RWE:kms

**REVIEWED BY:**       /s/ Joe E. Glaspie
                       **JOE E. GLASPIE**
                       **Deputy Chief United States Probation Officer**

**RE:   Ramel ANDREWS**
   **Docket Number:   2:05CR00185-01**
   **REPORT OF OFFENDER NON-COMPLIANCE**

---

**THE COURT ORDERS:**

[X]   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

[ ]   Submit a Request for Modifying the Conditions or Term of Supervision.

[ ]   Submit a Request for Warrant or Summons.

[ ]   Other:

```
DATED:  June 3, 2005

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```

cc:   United States Probation
   United States Attorney's Office
   Federal Defender's Office

Attachment:  Presentence Report